**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BARAK CHACOTY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN KERRY,<br>Secretary of State, *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 14-764-RDM |

# JOINT STATUS REPORT

Pursuant to this Court's order dated October 12, 2016, the parties file this Joint Status Report and state:

## INTRODUCTION

The Administrative Records have been filed with the Court. Given the lack of agreement as to how said filing affects the course of this litigation, the parties hereby file separate position statements, below.

## PLAINTIFFS' POSITION STATEMENT

The Plaintiffs had hoped that the Administrative Record ("AR") would contain sufficient detail such that further amendments to the Complaint would not be needed. The substantial redactions, however, strip the AR of key facts, from Plaintiffs' point of view. Accordingly, the Plaintiffs ask the Court to:

1) Order the Defendants to remove the redactions, or, in the alternative, order Defendants to provide the Court with an unredacted AR for *in camera* review; and

2) Set a date, preferably 60-90 days hence, for Plaintiffs to file an amended Complaint, to include more detailed assertions of fact regarding each of the Plaintiffs' claims.

**DEFENDANTS' POSITION STATEMENT**

Defendants' position is essentially unchanged since their motion to dismiss was filed earlier this year: This is a case that must be brought by Plaintiffs pursuant to 8 U.S.C. § 1503 and not the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.* Consequently, Defendants do not have the burden to defend their decisions to deny Plaintiffs' passport or consular-report-of-births-abroad applications. It is likewise not the Defendants' responsibility to help the Plaintiffs draft an adequately pleaded complaint. Although Defendants were not opposed to producing the relevant administrative records in this case, countless complaints are filed every day in which counsel must confer with their clients for the necessary facts and allegations they need to survive a motion to dismiss. It should not be the responsibility for Defendants to break evidentiary privileges for Plaintiffs' counsel to accomplish this relatively straightforward task.

Dated: November 24, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
Facsimile: (202) 305-7000
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

By: */s/ Daniel M. Kowalski*
DANIEL M. KOWALSKI
Allott Immigration Law Firm
2305 East Arapahoe Road, Suite 100
Centennial, CO 80122
E-Mail: dk@allott.com
Telephone: (303) 797-8055
Facsimile: (303) 797-6136

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2016, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED: November 24, 2016

By: *\/s/ Joshua S. Press*
JOSHUA S. PRESS
Trial Attorney
United States Department of Justice
Civil Division